UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN S. HAILE,

    Plaintiff,

v.                                                  CASE NO. 3:18cv1377-MCR-CJK

AMERICAN CIVIL LIBERTIES
UNION, et al.,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 6, 2018. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 4) is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g) and 28 U.S.C. § 1915A(b)(1).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of August 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**